IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BOARD OF TRUSTEES OF NEBRASKA STATE COLLEGES, et. al;<br><br>　　　　　Defendants. | 4:14CV3225<br><br>**ORDER** |

IT IS ORDERED:

1)　The motions to stay (Filing No. 42), and to extend the dispositive motion deadline (Filing No. 43), are granted.

2)　The above-captioned case, including all unexpired case progression deadlines, is stayed pending a ruling on the potential appeal in <u>LaTonya Thomas, Special Administrator of the Estate of Tyler Thomas v. Board of Trustees of Nebraska State Colleges and Joshua Keadle</u>, 8:12-cv-00412-JMG-CRZ (the "<u>Thomas</u>" case).

3)　If no appeal is filed in <u>Thomas</u>, on or before October 15, 2015, the parties shall contact my chambers and set a conference to discuss a new case progression schedule in the above-captioned action.

August 10, 2015.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge