UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, LATANYA THOMAS, Special Administrator of the Estate of TYLER THOMAS, and JOSHUA KEADLE,<br><br>Defendants. | Case No. 4:14-cv-03225-TDT<br><br>**STATUS REPORT** |

COME NOW Plaintiffs, The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers"), and hereby respectfully provide this Court with this status update.

On August 10, 2015, this court entered a text order (Filing No. 44) which granted Travelers' and the Board of Trustees of the Nebraska State Colleges' joint request for a stay and which required the parties to contact the Court by October 15th if there was no appeal from the federal case. In the same text Order, this Court required a status report by October 15, 2015.

In the interest of complying with this Court's August 10, 2015 Order, Travelers states that it has become aware that there has been an appeal in the underlying federal case, *LaTonya Thomas, Special Administrator of the Estate of Tyler Thomas v. Board of Trustees of Nebraska State Colleges and Joshua Keadle*, which is pending in the United States District Court for the District of Nebraska as Case No. 8:12-cv-00412-JMG-CRZ (hereinafter referred to as "the *Thomas* Lawsuit"). Attached hereto as Exhibit A is a true and correct copy of the Notice of Appeal which was filed in the *Thomas*

Lawsuit. Thus, per this Court's August 10, 2015 Order, the matter will remain stayed until the appellate process is concluded.

DATED this 23rd day of September, 2015.

    TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

By: /s/ *Krista M. Carlson*
    Stephen L. Ahl, #10036
    Krista M. Carlson, #23905
    Wolfe, Snowden, Hurd, Luers & Ahl, LLP
    Wells Fargo Center
    1248 O Street, Suite 800
    Lincoln, NE 68508
    Tel: (402) 474-1507
    Fax: (402) 474-3170
    Email: sahl@wolfesnowden.com
           kcarlson@wolfesnowden.com
and

John D. Hackett (ARDC No. 6196747)
Jean M. Golden (ARDC No. 0988995)
CASSIDAY SCHADE LLP
20 North Wacker Drive
Suite 1000
Chicago, IL 60606
Tel: (312) 641-3100
Fax: (312) 444-1669 (Fax)
jhackett@cassiday.com
jgolden@cassiday.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 23, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Scott E. Daniel and Michael J. Mills, Gettman & Mills, 10250 Regency Circle, Suite 105, Omaha, NE 68114, and Vincent M. Powers, Vincent M. Powers and Associates, 411 South 13th Street, Suite 300, Lincoln, NE 68508,

     I hereby certify that I have also mailed by United States Postal Service the document to the following non-CM/ECF participants: Joshua W. Keadle, Lincoln Correctional Center, 3216 West Van Dorn Street, Lincoln, NE 68522.

                                               /s/ *Krista M. Carlson*
                                               Krista M. Carlson, #23905

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATANYA THOMAS, Special Administrator of the Estate of TYLER THOMAS, | ) ) ) ) | CASE NO. 8:12-CV-412 |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEAL** |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES and JOSHUA KEADLE, | ) ) ) ) | |
| Defendants. | ) | |

Notice is hereby given that the Plaintiff in the above-captioned matter hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment entered in this action on August 25, 2015 (Filing No. 251) and the Court's Memorandum and Order of July 28, 2015 (Filing No. 242).

LATANYA THOMAS,
Special Administrator of the Estate of
Tyler Thomas, Plaintiff.

s/ Vincent M. Powers
Vincent M. Powers, #15866
Vince Powers & Associates
411 South 13th Street, Suite 300
P.O. Box 84936
Lincoln, NE 68501-4936
Phone (402) 474-8000
Fax (402) 474-5006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2015, the Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filings to all counsel of record.

s/ Vincent M. Powers
Vincent M. Powers, #15866



EXHIBIT A