UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>      Plaintiffs<br><br>      v.<br><br>BOARD OF TRUSTEES OF NEBRASKA STATE COLLEGES, LATANYA THOMAS, SPECIAL ADMINISTRATOR OF THE ESTATE OF TYLER THOMAS, and JOSHUA KEADLE,<br><br>      Defendants. | CASE NO. 4:14-cv-03225<br><br><br>JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

      COME NOW the parties in the above-entitled matter and hereby stipulate to the dismissal without prejudice of all claims asserted in the above-captioned matter, each party to bear its own costs and attorneys' fees.

      DATED this 9th day of November, 2016.

      TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, Plaintiffs

      By: /s/ Krista M. Carlson
          Stephen L. Ahl, # 10036
          Krista M. Carlson, # 23905
          Wolfe, Snowden, Hurd, Luers & Ahl, LLP
          Wells Fargo Center
          1248 O Street, Suite 800
          Lincoln, NE 68508
          Tel: (402) 474-1507
          Fax: (402) 474-3170
          Email: sahl@wolfesnowden.com
                    kcarlson@wolfesnowden.com

and

John D. Hackett (ARDC No. 6196747)
Jean M. Golden (ARDC No. 0988995)
CASSIDAY SCHADE LLP
20 North Wacker Drive
Suite 1000
Chicago, IL 60606
Tel: (312) 641-3100
Fax: (312) 444-1669 (Fax)
jhackett@cassiday.com
jgolden@cassiday.com

BOARD OF TRUSTEES OF NEBRASKA STATE COLLEGES,

By: /s/ Scott E. Daniel
Scott E. Daniel, # 10901
Michael J. Mills, # 19571
GETTMAN & MILLS LLP
10250 Regency Circle, Suite 105
Omaha, NE 68114
Telephone: (402) 320-6000
Facsimile: (402) 391-6500
sdaniel@gettmanmills.com
mmills@gettmanmills.com

LATANYA THOMAS, SPECIAL ADMINISTRATOR OF THE ESTATE OF TYLER THOMAS,

By: /s/ Vincent M. Powers
Vince Powers, # 15866
VINCE POWERS AND ASSOCIATES
411 South 13th Street, #300
P. O. Box 84936
Lincoln, NE 68501-4936
Telephone: (402) 474-8000
Facsimile: (402) 474-5006

And

Timothy L. Ashford, # 19687
P. O. Box 386
Omaha, NE 68102
(402) 342-8888

2