IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>             Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF NEBRASKA STATE COLLEGES, et al.,<br><br>             Defendants. | 4:14-CV-3225<br><br>JUDGMENT |

    Pursuant to the parties' Joint Stipulation for Dismissal without Prejudice (filing 46), this matter is dismissed without prejudice, each party to bear its own costs and attorney fees.

    Dated this 10th day of November, 2016.

BY THE COURT:

*John M. Gerrard* (signature)
John M. Gerrard
United States District Judge